UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOMESTEAD INSURANCE COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 03-3116** |
| **TONTI DEVELOPMENT CORPORATION ET AL.** | **SECTION: "S" (2)** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Homestead Insurance Company"'s "Motion to Reconsider Entry of Summary Judgment," pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, is **DENIED**.  (Document #60.)

Guarantee Mutual Insurance Company (Guarantee) issued a policy that provides all workers' compensation benefits to employees injured on the job plus death, disability, burial and medical benefits for on the job injuries.  Under the terms of the policy, Guarantee assumed a duty to defend "any claim, proceeding or suit against [Tonti Development Corporation (Tonti)] for benefits payable by this insurance."  Guarantee assumed "no duty to defend a claim, proceeding or suit that is not covered by this insurance."  Guarantee undertook Tonti's representation in the workers' compensation claim , and advised Tonti that the tort claim was not a benefit payable by the policy.  Homestead Insurance Company (Homestead) undertook the

defense of the tort claim subject to a reservation of its rights under the policy to exclude coverage for intentional acts.

Homestead has not established that there are disputed issues of fact or an error of law that would result in manifest injustice; therefore, the Rul 59(e) motion is denied.

New Orleans, Louisiana, this __25th__ day of October, 2007.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE